Jesse Mondry, OSB, #192559
Harris Bricken Sliwoski, LLP
511 SE 11th Ave.
Suite 201
Portland, OR 97214
Tel. 503-549-4636
Jesse@harrisbricken.com

Tara J. Plochocki, DC Bar 989404
Lewis Baach Kaufmann Middlemiss pllc
1101 New York Avenue NW
Suite 1000
Washington DC  20005
Tel. 202-659-7217
tara.plochocki@lbkmlaw.com

*Counsel for Petitioner Novalpina Capital Partners I GP S.À.R.L.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **IN RE PETITION OF NOVALPINA CAPITAL PARTNERS I GP S.À.R.L. FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782.** | Case No.  3:23-mc-82 IM<br><br>**EX PARTE PETITION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782** |

Applicant NOVALPINA CAPITAL PARTNERS I GP S.À.R.L. ("Novalpina GP") hereby petitions the Court ex parte for an order of judicial assistance, pursuant to 28 U.S.C. § 1782, appointing Tara J. Plochocki as a Commissioner of the Court to facilitate the issuance of subpoenas and the gathering of documentary and testimonial evidence from the following Respondents "residing in" or "found in" this district: (1) Tobias Read; (2) Michael Langdon.

The requested relief is for the purpose of obtaining limited, but critical, discovery for use in connection with a foreign civil proceeding currently pending in the Commercial Chambers of

the Luxembourg District Court, in which Novalpina GP is an interested person, and for a contemplated claim to be filed in the same court. The grounds for this Petition are set forth in the accompanying Memorandum of Law in Support of Petition for Judicial Assistance Pursuant to 28 U.S.C. § 1782 and the Declarations of Nicolas Thieltgen, Michael Zini, and Tara J. Plochocki.

Respectfully submitted,

Dated: January 27, 2023

*s/ Jesse D. Mondry*
Jesse Mondry
HARRIS BRICKEN SLIWOSKI, LLP