# EXHIBIT 1

Treasury (/treasury/) / About Treasurer Read

# About Treasurer Read

 

(https://www.facebook.com/oregonstatetreasury/) (https://twitter.com/TreasurerRead/)

Tobias Read understands that financial empowerment, wise investments, and sound management are foundational to the quality of life and economic opportunities for Oregonians, and key for the long-term vitality of our state.

Elected Oregon's 29th State Treasurer in 2016, Tobias is a collaborative problem solver who draws upon his management, political and finance policy experience to serve Oregonians as Treasurer.

He worked in the U.S. Treasury and as a liaison between designers, engineers and manufacturing units for Nike Inc. In 2006, he was elected to the Oregon House of Representatives, where he served a decade and championed legislation to invest in public education, improve state financial management, finance critical infrastructure improvements, and to help Oregonians save for a more secure future.

He was elected Speaker Pro Tempore and earned the chairmanship of the House Committee on Transportation and Economic Development, and the House Committee on Higher Education, Innovation, and Workforce Development.  He also served on the House Revenue Committee in multiple legislative sessions.  He was a member of the Joint Committee on Ways and Means, the primary budget writing body for the Legislature.

He pushed to strengthen the state's rainy day fund, which was a key factor that helped the state to earn a credit rating upgrade in 2011. He also helped lead the coalition that ultimately approved full-day kindergarten, underscoring that one of Oregon's best possible investments is in our kids. He led efforts to promote infrastructure projects using innovative public-private partnerships, and was a chief sponsor of the Oregon Investment Act, which streamlined Lottery investments in promising Oregon startups.

In 2015, he was a chief sponsor of the Oregon Retirement Savings Plan, which became the first operating state-sponsored retirement program in 2017. Known as OregonSaves, the program enrolls Oregon workers who lack access to a retirement savings option through their employers, and will allow hundreds of thousands more Oregonians to retire with dignity after a lifetime of work.

As State Treasurer, Tobias knows that financial confidence helps Oregonians get ahead, no matter where they live. He supports efforts to connect Oregonians with their unclaimed property, to improve financial education, to encourage Oregonians to invest in themselves, and to promote smart and accountable government reforms that improve transparency and stretch dollars for taxpayers and beneficiaries of public trust funds.

The State Treasurer is a constitutional officer and the state's navigator for sound and responsible financial policy. The Treasurer protects the state's credit ratings, sits on the Oregon Investment Council and State Land Board, and oversees public investing, banking, bonding and financial empowerment programs. Those include the Oregon 529 Savings Network, which allow families to save for higher education, job training and disability-related expenses,  and the Oregon Retirement Savings Plan. Treasury manages an investment portfolio worth roughly $106 billion.

Tobias earned his bachelor's degree from Willamette University and his MBA from the Michael G. Foster School of Business at the University of Washington. He has been a volunteer for Start Making a Reader Today (SMART), a youth sports coach, a member of the Willamette University Athletic Director's Advisory Board, and a founding board member of Hoopla, Oregon's largest three-on-three charity basketball tournament.

He lives in Beaverton with his wife, Heidi Eggert, and their two children.