# EXHIBIT 2



**OREGON
STATE
TREASURY**

# Oregon Investment Council

**December 8, 2021**

**John Russell**
Chair

**Tobias Read**
State Treasurer

**Rex Kim**
Chief Investment Officer



Investment Division
16290 SW Upper Boones Ferry Road
Tigard, OR 97224
503.431.7900

Main Office
350 Winter Street, Suite 100
Salem, OR 97301-3896
503.378.4000

oregon.gov/treasury
oregon.treasurer@state.or.us

# OREGON INVESTMENT COUNCIL

**Agenda**

**December 8, 2021**
**9:00 AM**

Oregon State Treasury
Investment Division
16290 SW Upper Boones Ferry Road
Tigard, OR 97224

| **Time** | **A. Action Items** | **Presenter** | **Tab** |
|---|---|---|---|
| 9:00-9:10 | 1. **Review & Approval of Minutes** <br> October 28, 2021 | **John Russell** <br> *OIC Chair* | 1 |
| | 2. **Committee Reports** | **Rex Kim** <br> *Chief Investment Officer* | 2 |
| | **B. Information Items** | | |
| 9:10-10:00 | 3. **OPERF Tail Risk Hedging Education** | **Karl Cheng** <br> *Senior Investment Officer, Portfolio Risk & Research* <br> **Paul Britton** <br> *Chief Executive Officer, Capstone Investment Advisors* <br> **Tom Leake** <br> *Head of Solutions, Capstone Investment Advisors* <br> **Rishabh Bhandari** <br> *Senior Portfolio Manager, Capstone Investment Advisors* | 3 |
| 10:00-10:30 | 4. **OPERF Benchmarking Discussion** | **Mika Malone** <br> *Managing Principal/Consultant, Meketa Investment Group* <br> **Allan Emkin** <br> *Managing Principal/Consultant, Meketa Investment Group* | 4 |
| 10:30-11:00 | 5. **Common School Fund Policies Review** | **John Hershey** <br> *Director of Investments* <br> **Raneen Jalajel** <br> *Associate Partner, Aon* <br> **Kristen Doyle** <br> *Partner, Aon* | 5 |

OIC Meeting Agenda
December 8, 2021
Page 2

----------------------------BREAK------------------------

| 11:10-11:30 | 6. | **OPERF Q3 Performance Review** | **Mika Malone** | 6 |

*Managing Principal, Consultant, Meketa Investment Group*
**Allan Emkin**
*Managing Principal/Consultant, Meketa Investment Group*
**Paola Nealon**
*Managing Principal/Consultant, Meketa Investment Group*

| 11:30-12:00 | 7. | **OPERF Public Equity Annual Review** | **Karl Cheng** | 7 |

*Senior Investment Officer, Portfolio Risk & Research*
**Paola Nealon**
*Managing Principal/Consultant, Meketa Investment Group*
**Mika Malone**
*Managing Principal/Consultant, Meketa Investment Group*

| 12:00-12:30 | 8. | **OPERF Fixed Income Annual Review** | **Geoff Nolan** | 8 |

*Senior Investment Officer, Fixed Income*
**Perrin Lim**
*Investment Officer, Fixed Income*
**Mika Malone**
*Managing Principal/Consultant, Meketa Investment Group*
**Paola Nealon**
*Managing Principal/Consultant, Meketa Investment Group*

| 12:30-12:40 | 9. | **Special Election** | **John Russell** | 9 |

*OIC Chair*

| 12:40 | 10. | **Open Discussion** | **OIC Member** | |
| | | | **Staff** | |
| | | | **Consultants** | |

TAB 1 – REVIEW & APPROVAL OF MINUTES



OREGON
STATE
TREASURY

# State of Oregon
# Office of the State Treasurer

### 16290 SW Upper Boones Ferry Road
### Tigard, Oregon 97224

### OREGON INVESTMENT COUNCIL

### October 27, 2021

### Meeting Minutes

| | |
|---|---|
| Members Present: | John Russell, Cara Samples, Monica Enand, Charles Wilhoite, Tobias Read and Kevin Olineck |
| Staff Present: | Rex Kim, John Hershey, Michael Langdon, David Randall, Karl Cheng, Ben Mahon, Tony Breault, Geoff Nolan |
| Staff Participating virtually: | Caleb Aldridge, Kenny Bao, Amy Bates, Tyler Bernstein, Taylor Bowman, Austin Carmichael, Claudia Ciobanu, Andrew Coutu, Christopher Ebersole, Alli Gordon, William Hiles, Andrew Hillis, Ian Huculak, Claire Illo, Roy Jackson, Aliese Jacobsen, Kristi Jenkins, Josh Jones, Robin Kaukonen, Paul Koch, Krystal Korthals, Steve Kruth, WeiKeat Lui, Sommer May, Eric Messer, Tim Miller, Dana Millican, Mike Mueller, Lisa Pettinati, Jen Plett, Mohammed Quraishi, Jo Recht, Andrew Robertson, Scott Robertson, Angela Schaffers, Faith Sedberry, Mark Selfridge, Sam Spencer, Anna Totdahl, Andrew Voloshinov, Rachael Ray, Tiffany Zahas |
| Consultants Present: | Christy Fields, Mika Malone, David Glickman, and Colin Bebee (Meketa Investment Group, Inc.);Kristen Doyle, Raneen Jalajel (Aon Investments); Tom Martin (Aksia/TorreyCove Capital Partners LLC); Chip Terhune, Gina Manley (SAIF); Bill Ryan (Department of State Lands); Anne Heaphy, Ben Taylor, Uvan Tseng (Callan) |
| PERS Present: | Michiru Farney, Heather Case (PERS Board) |
| Legal Counsel Present: | Steven Marlowe, Department of Justice |

Before proceeding with the OIC meeting, Chief Investment Officer Rex Kim provided a disclosure pertaining to the virtual set-up of this OIC meeting, informing those in attendance (virtual and in person) of the guidelines in which this meeting will proceed.

The September 8, 2021 OIC meeting was called to order at 9:01 am by John Russell, OIC Chair.

## I.    9:00 am    Review and Approval of Minutes

**MOTION:** Chair Russell asked for approval of the September 8, 2021 OIC regular meeting minutes.  Treasurer Read moved approval at 9:03 am, and **Cara Samples** seconded the motion which then passed by a 5/0 vote.



**II.**   <u>**9:02 am    Consultant Contract**</u>

Michael Langdon, Director of Private Markets recommended two consultant contract extensions for Aksia, one for the Real Assets Portfolio and the second for the Private Equity Portfolio.

Recommendation:

1. Real Assets Portfolio:  Staff proposes that the OIC extend its current contract, subject to the existing terms and conditions, for an additional two-year period beginning January 1, 2022, and ending December 31, 2023, on behalf of the Real Assets Portfolio.
2. Private Equity Portfolio:  Staff proposes that the OIC extend its current contract, subject to the existing terms and conditions, for a final two-year period beginning January 1, 2022 and ending December 31, 2023, on behalf of the Private Equity Portfolio.

**MOTION:** Treasurer Read moved approval at 9:12am, and Charles Wilhoite seconded the motion which then passed by a 5/0 vote.

**III.**   <u>**9:12 am    State Accidental Insurance Fund Annual Review**</u>

Chip Terhune, President and CEO, SAIF, and Gina Manley, Vice President of Finance, CFO, SAIF were introduced to the Council by Geoff Nolan, Senior Fixed Income Investment Officer.  Mr. Terhune and Ms. Manley provided the Council with the annual review of the State Accident Insurance Fund.

**IV.**   <u>**10:09am   Common School Fund Annual Review**</u>

John Hershey, Director of Investments, introduced Bill Ryan, Department of State Lands, and Claudia Ciobanu, Trust Property Director to the Council.  Mr. Ryan and Ms. Ciobanu provided the Council with the Common School Fund annual review, as well as strategic priorities for 2021/2022.  Strategic priorities include:

• Working with our consultants and members of the Oregon Investment Council in developing CSF policy updates

• Working with our consultants to conduct a new Asset Allocation study per CSF policy

• Working with the Private Markets teams to refresh their Pacing Studies

• Working with Oregon State Treasury Investment Division Directors and Senior Investment Officers to review portfolio construction and investment manager composition within each Asset Class

**V.**   <u>**11:20 am  Oregon Savings Growth Plan Annual Review**</u>

Claire Illo, Investment Analyst, provided the Council with the Oregon Savings Growth Plan (OSGP) annual review, noting that recent changes include lowered fees as well as a change in the OSGP Program Manager.  Consultants Anne Heaphy, Plan Sponsor Consulting, Ben Taylor, Defined Contribution Research, and Uvan Tseng, Plan Sponsor Consulting of Callan also provided an annual update to the Council.



**VI.**     **11:55 am   Committee Reports**

**Private Equity Committee:**

| September 27 | Arsenal VI & Growth | $200M |
| September 27 | Clearlake Capital VII | $250M |
| September 27 | Pathway PE III-Co | $350M |

**Real Estate Committee:**

| September 13 | LBA Oregon Core Industrial SMA | $300M |
| September 13 | LBA Logistics Value Fund VI | $200M |
| September 13 | Nuveen US Cities Industrial Fund | $200M |

**Opportunity Committee:**

| July 27 | Arctos Sports Partners Fund | $150M |
| October 19 | Pathlight Capital II | $100M |

**Alternatives Portfolio Committee:**
None

**VII.**     **11:56 am   Asset Allocation & NAV Updates**
Mr. Kim reviewed asset allocations and NAV's across OST-managed accounts for periods ended September 30, 2021.

**VIII.**     **12:00 pm   Calendar – Future Agenda Items**
A calendar listing of future OIC meetings and scheduled agenda topics was included in the Council's meeting materials.

**IX.**     **12:01 pm   Open Discussion**
Treasurer Reed addressed the topic of public comments.  The Treasurer noted that the Investment Council are aware of the increase in public comments regarding the topic of climate change and fossil fuels, and they are taking this matter seriously.  Chair Russell agreed with Treasurer Read and noted that this topic is very important to him as well.  Council member Charles Wilhoite noted that he seconds Chair Russell and Treasurer Read's comments, and it is encouraging to see the public feel so passionate about these topics.

Chair Russell believes that some language in policies are too prescriptive and provided the example of the small cap and value tilts.  He suggested that as part of the policy review that is currently underway, that the Council review for these types of overly prescriptive language. Council member Monica Enand noted that she agrees with Chair Russell.  Staff is undergoing a policy review project, and the first step being pursued is high level, and without language changes.  Language changes will go in-front of the OIC once properly structured and consolidated.

Chair Russell noted that Venture Capital is not getting the attention it deserves as it is included in private equity.

Chair Russell noted that Bitcoin is a big topic that has not been addressed and would like the staff to brief the Council on what direction they plan to go. Ms. Enand agrees that the topic of Bitcoin needs to be evaluated. Mr. Kim noted that they will find a speaker or two and find a time to put bitcoin on a future agenda.



**X.**    <u>**12:12 pm  Public Comments**</u>

Treasurer Read addressed the public noting that all public comments submitted have been included in the October 2021 OIC meeting book.  All comments have been carefully read by the Council and the Board is taking each matter seriously.

Mr. Russell adjourned the meeting at 12:12 pm.

Respectfully submitted,

Kristi Jenkins
Investment Operations Manager

.