# EXHIBIT 3

## Contact

www.linkedin.com/in/michael-j-langdon-cfa-ba94316 (LinkedIn)

Hermesgpe.com (Personal)

## Top Skills

Private Equity
Valuation
Venture Capital

# Michael J. Langdon, CFA

Director of Private Markets at Oregon State Treasury Investment Division

Portland, Oregon Metropolitan Area

## Experience

**Oregon State Treasury Investment Division**
Director of Private Markets
September 2015 - Present (7 years 5 months)
Tigard, OR

**Hermes GPE**
Head of the Americas
November 2011 - June 2015 (3 years 8 months)

**Pension Reserves Investment Management Board**
Senior Investment Officer - Private Equity
February 2006 - October 2011 (5 years 9 months)

**Tandem Financial Services**
Senior Investment Analyst
June 2001 - January 2006 (4 years 8 months)

---

## Education

**Clemson University - College of Business and Behavioral Science**
Bachelor of Science (BS), Financial Management · (1997 - 2000)