# EXHIBIT 5

**Get the latest issue of Pensions & Investments**

View this week's issue

✕ Close

# Pensions&Investments

SIGN UP FREE    LOGIN    SUBSCRIBE

**PENSION FUNDS**

September 09, 2022 04:11 PM

# Oregon Public Employees powers to 6.3% return on strength of private equity

By ARLEEN JACOBIUS

   

TWEET    SHARE    SHARE    EMAIL

1/2/23, 6:17 PM    Oregon Public Employees pension fund returns 6.3% on strength of private equity | Pensions & Investments

Case 3:23-mc-00082-IM    Document 6-5    Filed 01/27/23    Page 3 of 9



Getty Images/iStockphoto

The Oregon Capitol in Salem.

**VIEW KEY DATA:** Oregon Public Employees Retirement Fund

**Oregon Public Employees Retirement Fund**, Salem, earned a net 6.3% return for the fiscal year ended June 30, outpacing its -0.7% benchmark, according to reports to the Oregon Investment Council, which oversees the $93.3 billion pension fund.

Oregon PERF's return comes amid a fiscal year when most of its public pension fund peers have posted negative returns.

The pension fund returned an annualized net 10.3% for the three years ended June 30 relative to a benchmark of 8.9%; 9.3% for five years, above its 8.6% benchmark; and 9.3% for 10 years vs. its 9.2% benchmark.

By comparison, the pension fund returned 25.5% on its investments for the year ended June 30, 2021.

1/2/23, 6:17 PM                  Oregon Public Employees pension fund returns 6.3% on strength of private equity - Pensions & Investments

Case 3:23-mc-00082-IM    Document 6-5    Filed 01/27/23    Page 4 of 9

➥ **Compare returns of public pension plans with P&I's Pension Fund Returns Tracker**

The pension plan has a 6.9% assumed rate of return. The OPERF board is expected to review its assumed rate of return next summer.

The best-performing asset class in the current fiscal year was real estate with net 29.6% return, above its 27.2% benchmark; followed by private equity at 24% (15.2% benchmark); real assets, 23% (13.1%) ; diversifying strategies, 17.1% (0.1%) ; opportunity portfolio, 10% (14.5%); cash, -0.8% (0.2%); fixed income, -9.1% (-10.1%) ; risk parity, -13% (-6.7%); and public equity, -13.3% (-16.5%).

Paola Nealon, managing principal at the council's general investment consultant, Meketa Investment Group, told the council Wednesday that one of the reasons for the pension fund's "very strong numbers" for the fiscal year was due to its 8-percentage-point overweight in private equity.

---

**Plan Sponsor Digest Newsletter (Weekly)**

Get the latest coverage of corporate and public defined benefit plans, as well as new developments at foundations, endowments and sovereign wealth funds. Sent every Wednesday.

Enter your email                    **SUBSCRIBE**

---

As of June 30, OPERF had an actual allocation of 28% private equity, 21.9% public equity, 16.6% fixed income,13.6% real estate, 7.9% real assets, 4.9% diversifying assets, 2.6% opportunity portfolio, 2.5% cash and 2% risk parity.

The pension plan's target allocation is 30% public equity, 20% private equity, 20% fixed income, 12.5% real estate, 7.5% real assets, 7.5% diversifying strategies, 2.5% risk parity, and zero each to opportunity portfolio and cash.

Allan Emkin, also a Meketa managing principal, noted that the outperformance was due to "significant bets" that hadn't paid off for a long time that did pay off.

"We don't know if they will pay off in the future," Mr. Emkin said.

Separately, the council is in the midst of an asset-liability study, and the council is expected to review recommended alternative portfolios in October.

## RELATED ARTICLES


**Oregon Public Employees lowers assumed rate of return to 6.9%**


**Oregon Public Employees registers 25% return for fiscal year**


**New York State Teachers, Oregon join in dropping Russian investments**

## RECOMMENDED FOR YOU


**St. Louis school retirement system to ask UBS Trumbull Property Fund for redemption**


**Ontario Teachers appoints chief pension officer**


**U.K. government study recommends higher profile for Pension Protection Fund**

 **Sponsored Content: Research for Institutional Money Management**

## READER POLL

OCTOBER 3, 2022

**In the wake of the U.K. bond crisis, how big of a concern is liquidity for your plan?**

○ The biggest concern

○ A major concern

○ A minor concern

○ Not a concern at all

[VOTE]                                    SEE MORE POLLS >

---

SPONSORED
## WHITE PAPERS

- Fulcrum Issues: Equity Returns and Inflation — Choose Your Own Adventure

- The New Dynamics of Private Markets

- The Role of ETFs in a New Fixed Income Landscape

- What Matters Most in Considering a Private Debt Strategy

- Responsible investment 2.0: Rethinking the asset management sector's approach t…

- Balancing Liquidity Constraints in a Private Investment Program: Creating Norma…

1/2/23, 6:17 PM   Oregon Public Employees pension fund returns 6.3% on strength of private equity | Pensions & Investments

Case 3:23-mc-00082-IM   Document 6-5   Filed 01/27/23   Page 7 of 9

[VIEW MORE >](#)

## E-MAIL NEWSLETTERS

Sign up and get the best of News delivered straight to your email inbox, free of charge. Choose your news – we will deliver.

**SIGN UP**

## SUBSCRIBE TODAY

Get access to the news, research and analysis of events affecting the retirement and institutional money management businesses from a worldwide network of reporters and editors.

**SUBSCRIBE**

## CONNECT WITH US

   

**Our Mission**

*To consistently deliver news, research and analysis to the executives who manage the flow of funds in the institutional investment market.*

# pensions&Investments

**ABOUT US**

Main Office
685 Third Avenue
Tenth Floor
New York, NY 10017-4036

Chicago Office
130 E. Randolph St.
Suite 3200
Chicago, IL 60601

Contact Us

Careers at Crain

About Pensions & Investments

**ADVERTISING**

Media Kit

P&I Careers | Post a Job

P&I Content Solutions

Reprints & Permissions

**RESOURCES**

Subscribe

Newsletters

FAQ

P&I Research Center

Site map

Staff Directory

**LEGAL**

Privacy Policy

Terms and Conditions

Privacy Request

1/2/23, 6:17 PM	Oregon Public Employees pension fund returns 6.3% on strength of private equity | Pensions & Investments

Case 3:23-mc-00082-IM   Document 6-5   Filed 01/27/23   Page 9 of 9



Copyright © 1996-2023. Crain Communications, Inc. All Rights Reserved.