Jesse Mondry, OSB #192559
Harris Bricken Sliwoski, LLP
511 SE 11th Ave.
Suite 201
Portland, OR 97214
Tel. 503-549-4636
Jesse@harrisbricken.com

Tara J. Plochocki, DC Bar 989404
Lewis Baach Kaufmann Middlemiss pllc
1101 New York Avenue NW
Suite 1000
Washington DC  20005
Tel. 202-659-7217
tara.plochocki@lbkmlaw.com

*Counsel for Petitioner Novalpina Capital Partners I GP S.À.R.L.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **IN RE PETITION OF NOVALPINA CAPITAL PARTNERS I GP S.À.R.L. FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782** | Case No.  3:23-mc-00082 IM<br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S EX PARTE PETITION TO ISSUE SUBPOENAS AND GATHER DOCUMENTARY AND TESTIMONIAL EVIDENCE** |

Upon the motion of Petitioner NOVALPINA CAPITAL PARTNERS I GP S.À.R.L.

("Novalpina GP") for an order of judicial assistance appointing Tara J. Plochocki as a

Commissioner of the Court to facilitate the issuance of subpoenas and gathering of documentary

and testimonial evidence from Tobias Read and Michael Langdon, and upon review of the

Memorandum of Law and Declarations in support thereof, it is hereby

ORDERED that Applicant's *Ex Parte* Petition be GRANTED.


Dated: _____, 2023


_____
UNITED STATES DISTRICT JUDGE