**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**PETER D. HAWKES**, OSB No. 071986
peter@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Phone: (503) 954-2232

**EDWARD B. DISKANT** (pro hac vice)
ediskant@mwe.com
MCDERMOTT WILL & EMERY LLP
1 Vanderbilt Avenue
New York, NY 10017
Phone: (212) 547-5754

**JAMES P. DURKIN** (pro hac vice)
jdurkin@mwe.com
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606
Phone: (312) 984-2062
*Attorneys for Treo Asset Management LLC and Treo NOAL GP*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re: | Case No. 3:23-mc-82 IM |
| PETITION OF NOVALPINA CAPITAL PARTNERS I GP S.A.R.L. FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | INTERVENORS' NOTICE OF APPEAL<br><br>Date: August 5, 2024<br>Judge: Hon. Karin J. Immergut |

## **NOTICE OF APPEAL**

Notice is given that Intervenors Treo Asset Management LLC and Treo NOAL GP ("Intervenors") hereby appeal to the United States Court of Appeals for the Ninth Circuit this

Court's July 30, 2024 order denying Intervenors' motion for reconsideration of the grant of discovery pursuant to 28 U.S.C. § 1782 or, in the alternative, to modify the protective order governing discovery; denying Respondents Tobias Read and Michael Langdon's cross-motion to amend the protective order; and granting Petitioner Novalpina Capital Partners I GP S.A.R.L's motion to compel (Dkt. 64).

Attached is a Representation Statement complying with Ninth Circuit Rule 3-2 and Rule 12(b) of the Federal Rules of Appellate Procedure.

Dated:  August 5, 2024

**MCDERMOTT WILL & EMERY LLP**

*/s/ Edward B. Diskant*
Edward B. Diskant (*pro hac vice*)
ediskant@mwe.com
MCDERMOTT WILL & EMERY LLP
1 Vanderbilt Avenue
New York, NY 10017
(212) 547-5754 (office)
(646) 390-0877 (facsimile)

**ANGELI LAW GROUP LLC**

*/s/David Angeli*
David Angeli
121 SW Morrison Street, Suite 400
Portland, OR 97204
david@angelilaw.com
(503) 222-1552

*Counsel to Treo Asset Management LLC & Treo NOAL GP*