

mwe.com

Edward Diskant
Partner
ediskant@mwe.com
+1 212 547 5754

August 9, 2024

VIA E-FILING

Hon. Karin J. Immergut
United States District Court
District of Oregon
Mark O. Hatfield United States Courthouse, Room 1307
1000 Southwest Third Avenue
Portland, OR 97204-2946

    Re:    *In Re Petition of Novalpina Capital Partners I GP S.a.r.l. for Judicial Assistance Pursuant to 28 U.S.C. § 1782*, 23-mc-0082-IM

Dear Judge Immergut:

    On behalf of Intervenors Treo Asset Management LLC and Treo NOAL GP (collectively, "Intervenors"), we write to advise the Court that Intervenors are filing today, in the Ninth Circuit Court of Appeals, (1) an emergency motion under Ninth Circuit Rule 27-3(a) for an administrative stay of this Court's Order dated July 30, 2024 (Dkt. 64) and (2) a motion for a stay pending appeal pursuant to Federal Rule of Appellate Procedure 8.

    Intervenors have done so out of an abundance of caution, given that absent at least a temporary stay, Respondents will be required to make document productions pursuant to the existing protective order on or before August 14. Moreover, given the briefing schedule set on Intervenors motion for a stay pending appeal made to this Court (Dkt. 65), there might otherwise be insufficient time to seek relief from the Ninth Circuit should this Court deny that motion. Intervenors have disclosed to the Ninth Circuit that there is a motion for a stay pending appeal currently pending before this Court as well. Should this Court grant the relief sought by Intervenors, Intervenors will immediately withdraw their motions before the Ninth Circuit.

Respectfully submitted,

*/s/ Edward Diskant*



One Vanderbilt Avenue   New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*

Hon. Karin J. Immergut
August 9, 2024
Page 2

Edward B. Diskant
James P. Durkin
McDermott Will & Emery

