
**OREGON STATE TREASURY**

**Tobias Read**
Oregon State Treasurer

**Michael Kaplan**
Deputy State Treasurer

February 18, 2021

I, Rex Kim, the Chief Investment Officer of the Oregon State Treasury, do hereby certify that:

The State of Oregon, by and through the Oregon Investment Council on behalf of the Oregon Public Employees Retirement Fund ("**OPERF**") acknowledges the common interests it has with the other members of the limited partner advisory committee for Novalpina Capital Partners I SCSp (the "**Represented LPAC Members**") who have engaged Proskauer Rose (UK) LLP and Van Campen Lien Luxembourg (the "**Law Firms** and together with the Represented LPAC Members, the **Parties**"). OPERF and the Parties have confirmed that such common interests will be best served by sharing documents, factual material, mental impressions, memoranda, interview reports, litigation strategies and other information, (together, the "**Materials**") (but only to the extent that such material and/or information was not already in the possession of the recipient before the communication of such material and/or information was thereafter independently obtained). OPERF intends and understands that past and future communications among and between the Parties and their legal advisers are and shall remain confidential and shall continue to be protected from disclosure to any third party by applicable privileges and immunities, subject to applicable law, including Oregon law.

This certificate is being provided to avoid any suggestion of waiver of the confidentiality or immunity of communications and documents protected by legal professional privilege, the attorney-client privilege, the attorney's work product doctrine or any other privilege or immunity vis-à-vis potentially adverse parties. OPERF understands that the Parties intend to ensure that any exchange and/or disclosure of the Materials contemplated in connection with the Represented LPAC Members engagement of the Law Firms does not diminish in any way the confidentiality of the Materials and does not constitute a general waiver of any privilege or immunity otherwise available.

Nothing contained herein shall be deemed to create a law firm-client relationship between OPERF and either of the Law Firms.

These statements are given under penalties of perjury and to the best of my knowledge and belief, the statements are true, correct, and complete.

STATE OF OREGON BY AND THROUGH
THE OREGON INVESTMENT COUNCIL
ON BEHALF OF THE OREGON PUBLIC
EMPLOYEES RETIREMENT FUND

Name:  Rex Kim
Title: Chief Investment Officer



Investment Division
16290 SW Upper Boones Ferry Road
Tigard, OR 97224
503.431.7900

Main Office
350 Winter Street, Suite 100
Salem, OR 97301-3896
503.378.4000

oregon.gov/treasury
oregon.treasurer@state.or.us

CONFIDENTIAL



**OREGON
STATE
TREASURY**

**Tobias Read**
Oregon State Treasurer

**Michael Kaplan**
Deputy State Treasurer

State of OREGON County of ___WASHington___ Signed (or attested) before me on (date)

___Febuary, 18___, 20 __21__ by name of Rex Kim.

_____ Notary Public - State of Oregon

My Commission Expires: ___JUne 04,2024___



OFFICIAL STAMP
**AARON BRUCE SCHAFFER**
NOTARY PUBLIC - OREGON
COMMISSION NO. 1000505
MY COMMISSION EXPIRES JUNE 04, 2024



Investment Division
16290 SW Upper Boones Ferry Road
Tigard, OR 97224
503.431.7900

Main Office
350 Winter Street, Suite 100
Salem, OR 97301-3896
503.378.4000

oregon.gov/treasury
oregon.treasurer@state.or.us